JOEL A. ACKERMAN
JA 4027
FCA 108340-1/eh
ZUCKER, GOLDBERG & ACKERMAN
Attorneys for Secured Creditor
DLJ Mortgage Capital, Inc
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | : |  |
|  | : | CHAPTER 13 |
| Juan R Godoy | : |  |
| Victorina Godoy | : | CASE NO. 10-30804(MBK) |
|  | : | **NOTICE OF OBJECTION** |
|  | : | **(CONFIRMATION HEARING DATE:** |
| DEBTORS. |  | **09/14/2010 @ 9:30am    )** |

      The undersigned, ZUCKER, GOLDBERG & ACKERMAN, attorneys for Secured Creditor, DLJ Mortgage Capital, Inc, the holder of a Mortgage on the debtors' premises at 134 Second Street , Trenton , NJ  08611, hereby objects to the confirmation of the debtors' proposed Chapter 13 Plan in the event the debtors fail  to make the regular monthly mortgage payments to the Secured Creditor, outside of the Chapter 13 Plan, in accordance with the provisions of said Plan, in violation of 11 U.S.C. 1326.

      Furthermore, the Secured Creditor objects to any provision in the debtors plan which provides for an amount less than the amount due the Secured Creditor as set forth in its Proof of Claim.

In the event the debtors cure the aforesaid payments due outside the Chapter 13 Plan prior to the Confirmation Hearing, the undersigned will not appear at the Confirmation Hearing and the aforesaid objection should be deemed waived.

           ZUCKER, GOLDBERG & ACKERMAN
           Attorneys for Secured Creditor
           DLJ Mortgage Capital, Inc

           /s/   **JOEL A. ACKERMAN**
           JOEL A. ACKERMAN
           MEMBER OF THE FIRM

DATED:   July 12, 2010

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**